PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
SEP 20 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Joel Leslie Nudelman**

**Docket No. 0:00CR00222-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Joel Leslie Nudelman** who was sentenced for Fraud, Conspiracy To Defraud, Other, on April 8, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Financial disclosure
No new credit
No employment with fiduciary responsibilities

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

From July 2005 to July 2006, the defendant failed to report his income truthfully on his monthly report forms and also failed to report his contact with a convicted felon during this same period of time.

STANDARD CONDITION #9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

The defendant associated with Mr. Anthony Leon Anish who has been previously convicted by the Superior Court for the State of California of Felony Embezzle Property by Public/Private Officer in 2004 and was also convicted of Felony Fraud in the U.S. District Court, Central District of California, in 1990. He failed to notify or receive permission from his probation officer to have this association.

SPECIAL CONDITION #6: The defendant shall not hold employment with fiduciary responsibilities without prior approval from the probation officer.

The defendant testified that he solicited between $600,000 and $700,000 in investor funds throughout his involvement with Global Development & Environmental Resources, Inc.

SCANNED
SEP 20 2006
U.S. DISTRICT COURT MPLS

FILED SEP 20 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS
– Summons issued

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 15 day of September, 2006, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
U.S. Probation Officer

Executed on September 15, 2006
Place Minneapolis