**UNITED STATE DISTRICT COURT**

**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

**NOTICE OF APPEARANCE**

v.

Case No.: CR 00-222(1) JNE/SRN

Joel L. Nudelman**.**

I, Larry Rapoport, undersigned counsel, have been retained to represent Mr. Joel L. Nudelman with respect to the above-referenced case and will appear in Court with him on November 7, 2006 at 11:00 a.m. before the Honorable Jeanne L. Graham.

Respectfully submitted,

Dated: 10/12/06

s/Larry Rapoport

LARRY RAPOPORT, #89588
3001 Hennepin Avenue South, #309 B
Minneapolis, MN 55408
(612) 825-2331
ATTORNEY FOR DEFENDANT