RECEIVED
OCT 16 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

v.

Joel L. Nudelman

**AMENDED SUMMONS IN A CRIMINAL CASE**

Case Number: CR 00-222(1) JNE/SRN

2006 OCT 10 A 10:22
RECEIVED
US MARSHALS SERVICE
MPLS MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: | **Courtroom 8E, Eighth Floor**<br>**U.S. Courthouse**<br>**300 South Fourth Street**<br>**Minneapolis, MN 55415** |
| Before: | **Honorable Jeanne J. Graham** |
| On: | **10/25/06 at 11:00 a.m.** |

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

RECEIVED
06 OCT 13 PM 4:35
CLERK U.S. DIST. COURT
MINNEAPOLIS

Mary Kay Furchner, Deputy Clerk

Dated: October 4, 2006

SCANNED
OCT 16 2006
U.S. DISTRICT COURT MPLS

A true copy in 3 sheet(s) of the record in my custody.
CERTIFIED, 10/4, 2006
Richard D. Sletten, Clerk
BY: Deputy Clerk

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me:[1] DUSM Steve Beirne Date: 10/5/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: 411 W. 4th St. Santa Ana, CA 92701 #4170

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Joel Nudelman

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 10/5/06
Date

Adam Torres
Name of United States Marshal

Steven R. Beirne
(by) Deputy United States Marshal #2187

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure