**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOEL L. NUDELMAN,

Defendant.

00cr222(1) (JNE/SRN)

**NOTICE OF SUPERVISED RELEASE REVOCATION HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **a SUPERVISED RELEASE REVOCATION HEARING** on Thursday, February 1, 2007 at 3:30 p.m., before Judge Joan N. Ericksen, Courtroom 12W, Minneapolis. Counsel are directed to check the kiosk on the 1st Floor of the Federal Courthouse in Minneapolis, Minnesota for any change in location.

DATED: January 16, 2007.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Calendar Clerk*

cc: Mr. Michael Cheever
Mr. Larry Rapoport
Ms. Karin L. Godin