Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0:00CR00222-001(JNE)

DOCKET NO. (Receiving Court)
SACR 07-81 JVS

| NAME AND LOCATION OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Joel Leslie Nudelman<br>Santa Ana, CA | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Joan N. Ericksen | | |
| | DATES OF TSR SUPERVISION | FROM | TO |

FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT
MAY - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY SC

OFFENSE

Fraud, Conspiracy To Defraud, Other

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

3-5-07
Date

Joan N. Ericksen, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 7 2007
Effective Date

CHIEF United States District Judge